# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MANAGEMENT DATA SYSTEMS INTERNATIONAL, INC., a Georgia corporation,

*Plaintiff,*

vs.

CASE NO.: 8:18-cv-02001-T-33-AAS

TRIFECTA NETWORKS LLC,
a Florida limited liability company,

                Defendant.         /

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all Parties who have appeared in this matter hereby stipulate to the dismissal of this matter with prejudice, with each party bearing their own attorneys' fees and costs.

Dated: September 5, 2018.

Respectfully Submitted,

| | |
|---|---|
| By: s/ *Christopher S. Prater*<br>    Christopher S. Prater<br>    Florida Bar No. 105488<br>    cprater@pollardllc.com | By: *s/ Kevin P. McCoy*<br>    Kevin P. McCoy<br>    Florida Bar No.: 0036225<br>    kmccoy@carltonfields.com |
| Jonathan E. Pollard<br>Florida Bar No. 83613<br>jpollard@pollardllc.com | Steven C. Dupré<br>Florida Bar Number 471860<br>sdupre@carltonfields.com |
| **POLLARD PLLC**<br>401 E. Las Olas Blvd. #1400<br>Fort Lauderdale, FL 33301<br>Telephone: 954-332-2380<br>Fax: 866- 594-5731<br>*Attorneys for Plaintiff* | **CARLTON FIELDS JORDEN BURT, P.A.**<br>Corporate Center Three at International Plaza<br>4221 W. Boy Scout Blvd., 10th Floor (33607)<br>P.O. Box 3239, Tampa, Florida 33601<br>Telephone: (813) 223-7000<br>Fax: (813) 229-4133<br>*Attorneys for Defendant* |

# Confidential Settlement Agreement

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by via transmission of Notices of Electronic Filing generated by CM/ECF on September 5, 2018 on all counsel or parties of record on the Service List below.

By: s/ *Kevin P. McCoy*
Kevin P. McCoy

### SERVICE LIST
### CASE NO. 0:17-cv-62250-WJZ

Christopher S. Prater
Florida Bar No. 105488
cprater@pollardllc.com

Jonathan E. Pollard
Florida Bar No. 83613
jpollard@pollardllc.com

**POLLARD PLLC**
401 E. Las Olas Blvd. #1400
Fort Lauderdale, FL 33301
Telephone: 954-332-2380
Fax: 866- 594-5731
*Attorneys for Plaintiff*